UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HASELY THOMAS, YEANDEO DADBAHAL, and
BALDWIN THOMAS,

                    Plaintiffs,

          -v-

RIVER GREENE CONSTRUCTION GROUP LLC,
AKEIDA CAPITAL MANAGEMENT, LLC,
BRINGING BEST MANAGEMENT LLC, HARVEY
ABRAHAMS, CURTIS ANTOINE,  and JOSEPH
KRANZLER,

                    Defendants.

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: _4/25/18_

17 Civ. 6954 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

        As set forth on the record at a conference held today, the Court resolved the outstanding discovery disputes in this case.  As also set forth on the record, the deadline for completion of fact discovery remains May 16, 2018.

        The Clerk of Court is respectfully directed to close the motions pending at Dkts. 40 and 42.

        SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: April 25, 2018
      New York, New York