**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HASLEY THOMAS, YEANDEO DADBAHAL,
and BALDWIN THOMAS,

                        Plaintiffs,              17 **CIVIL** 6954 (PAE) (KNF)

      -against-                                  **AMENDED**
                                              **DEFAULT JUDGMENT**

RIVER GREENE CONSTRUCTION GROUP
L.L.C., BRINGING BEST MANGEMENT LLC,
CURTIS ANTOINE, and JONATHAN
KRANZLER,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 14, 2019, Magistrate Judge Kevin Nathaniel Fox's October 25, 2019 Report and Recommendation ("Report"), recommending that the following damages be awarded: (1) $63,000 to H. Thomas: (2) $56,820 to Dadbahal; (3) $54,925 to B. Thomas: and $8,004.50, to the plaintiffs for attorney's fees and costs, is adopted in its entirety, and judgment is entered in favor of H. Thomas as against the Defendants in the amount of $63,000; in favor of Dadbahal as against the Defendants in the amount of $56,820; in favor of B. Thomas as against the Defendants in the amount of $54,925; and $8,004.50 to plaintiffs for attorney's fees and costs, for a total sum of $182,749.50; accordingly, this case is closed.

**Dated:** New York, New York
          November 15, 2019

                                                      RUBY J. KRAJICK
                                                          Clerk of Court
                                                 BY:
                                                          Deputy Clerk

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON 11/15/2019